**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Doretha SELBY-DIGGS, Defendant-Appellant.**

**No. 17-6286**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 25, 2017

Decided: May 31, 2017

Doretha Selby-Diggs, Appellant Pro Se. Kevin Patrick Hudson, Assistant United States Attorney, Newport News, Virginia; V. Kathleen Dougherty, Joseph Kosky, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doretha Selby-Diggs appeals the district court's order denying her motion to compel the filing of a motion for a sentence reduction based on substantial assistance. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Selby-Diggs*, No. 2:14-cr-00137-RBS-RJK-2 (E.D. Va. Feb. 13, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*